**PRICE LAW GROUP, APC**
L Tegan Hurst
15760 Ventura Blvd., Suite 800
Encino, CA 91436
T: (818) 907-2030
F: (818) 907-2122
tegan@pricelawgroup.com
Attorneys for Plaintiff,
Rossi Youngblood

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| ROSSI YOUNGBLOOD,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; HUNT & HENRIQUES,<br><br>Defendants. | Case No.: 3:15-cv-02622-GPC-WVG<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, Rossi Youngblood, by counsel, and Defendants Trans Union, LLC., inclusive, by counsel, hereby stipulate and agree that Plaintiff's action against Trans Union, LLC., should be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP, APC**

Dated: January 19, 2016    By: */s/ L Tegan Hurst*
L Tegan Hurst
Price Law Group, APC
15760 Ventura Blvd, Suite 800
Encino, CA 91436
T: (818) 205-2426
E: tegan@pricelawgroup.com
Attorney for Plaintiff,
*ROSSI YOUNGBLOOD*

RESPECTFULLY SUBMITTED,
**MUSIC PEELER AND GARRETT**

Dated: January 19, 2016    By: */s/ Donald E Bradley (approved)*
Donald E. Bradley
Musick peeler and Garrett
605 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925
Attorney for Defendant,
*TRANS UNION, LLC*.