1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

ROSSI YOUNGBLOOD,

      Plaintiff,

vs.

MIDLAND CREDIT
MANAGEMENT, INC.; MIDLAND
FUNDING, LLC;  TRANS UNION
LLC; EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS,
INC.; HUNT & HENRIQUES,

      Defendants.

Case No.: 3:15-cv-02622 –GPC-WVG

**ORDER GRANTING STIPULATION
OF DISMISSAL WITHOUT
PREJUDICE BETWEEN PLAINTIFF
AND DEFENDANT TRANS UNION
LLC.**

## ORDER

     PURSUANT TO STIPULATION, IT IS SO ORDERED that the claim of Plaintiff

Rossi Youngblood against Defendant Trans Union, LLC., is dismissed, without

prejudice. Rossi Youngblood and Defendant Trans Union, LLC., shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  January 25, 2016

Hon. Gonzalo P. Curiel
United States District Judge