**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| ROSSI YOUNGBLOOD,<br><br>  Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC;  TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; HUNT & HENRIQUES,<br><br>  Defendants. | Case No.: 3:15-cv-02622-GPC-WVG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the claim of Plaintiff Rossi Youngblood against Defendant Equifax Information Services, LLC is dismissed, without prejudice.

1 | Rossi Youngblood and Defendant Equifax Information Services, LLC shall each bear their own
2 | costs and attorneys' fees.
3 |     **IT IS SO ORDERED.**
4 | Dated:  February 23, 2016

                                            Hon. Gonzalo P. Curiel
                                            United States District Judge