UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSSI YOUNGBLOOD,<br><br>                                     Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC. ET AL.,<br><br>                                     Defendant. | Case No.:  15CV2622-GPC(WVG)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On March 7, 2016, at 9:00 A.M., the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action.  Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26.  Based thereon, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed before **March 31, 2016**;

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **April 11, 2016**;

3. A discovery plan shall be lodged with Magistrate Judge Gallo on or before **April 14, 2016**; and,

4. A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **April 21, 2016**, at **8:30 A.M.**, in the chambers of Magistrate Judge

William V. Gallo. Counsel shall participate by telephone. The Court will initiate the conference call. No later than **April 19, 2016**, at **4:00 p.m.**, each attorney intending to participate shall call chambers at (619) 557-6384 and provide a telephone number at which the attorney may be reached with without fail at the time of the conference.

Failure of any counsel or party to comply with this Order may result in the imposition of appropriate sanctions.

**IT IS SO ORDERED.**

Dated: March 9, 2016

_____
Hon. William V. Gallo
United States Magistrate Judge