**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION**

| | |
|---|---|
| ROSSI YOUNGBLOOD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC;  TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; HUNT & HENRIQUES,<br><br>　　　　Defendants. | Case No.: 3:15-cv-02622-GPC-WVG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**<u>ORDER</u>**

　　PURSUANT TO STIPULATION, IT IS SO ORDERED that the claim of Plaintiff Rossi Youngblood against Defendant Experian Information Solutions, Inc., is dismissed, without prejudice.

　　Rossi Youngblood and Defendant Experian Information Solutions, Inc., shall each bear their own costs and attorneys' fees.

1 **IT IS SO ORDERED.**

2 Dated: March 29, 2016

3 _____
Hon. Gonzalo P. Curiel
4 United States District Judge