**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION**

| | |
|---|---|
| ROSSI YOUNGBLOOD,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; HUNT & HENRIQUES,<br><br>Defendants. | Case No.: 3:15-cv-02622-GPC-WVG<br><br>**ORDER** |

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the claim of Plaintiff Rossi Youngblood against Defendants Midland Credit Management, Inc., Midland Funding, LLC, and Hunt & Henriques are dismissed. The dismissal of this action will be with prejudice. Plaintiff agrees to bear his own attorneys' fees and costs

incurred herein. Defendants agree not to bring any motion for costs or attorney fees, including but not limited to a motion under 15 U.S.C. 1692k or 28 U.S.C. 1927.

IT IS FURTHER ORDERED that all dates in this action are vacated.

**IT IS SO ORDERED.**

Dated: April 4, 2016

Hon. Gonzalo P. Curiel
United States District Judge